FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D18-4285
_____

JOHN F. MOSLEY III,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

September 9, 2019

ON MOTION FOR RECONSIDERATION AND/OR WRITTEN OPINION

PER CURIAM.

We grant in part Appellant's motion for reconsideration and/or written opinion, withdraw our opinion issued on June 20, 2019, and substitute the following opinion in its place:

AFFIRMED. *See Hart v. State*, 255 So. 3d 921 (Fla. 1st DCA 2018), *petition for review pending*, Fla. S. Ct. Case. No. SC18-1241; *Pedroza v. State*, 244 So. 3d 1128, 1129 (Fla. 4th DCA 2018), *review granted*, Fla. S. Ct. Case. No. SC18-964, 2018 WL 6433136 (Fla. Dec. 6, 2018).

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

John F. Mosley III, pro se, Appellant.

Ashley Moody, Attorney General, and Bryan Jordan, Senior Assistant Attorney General, Tallahassee, for Appellee.